**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Travis Jefferson Garrett                                    Case No. 18-108318-CPM
Debtor(s)
_____/

**TRUSTEE'S NOTICE TO COURT OF COMPLETION OF**
**PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN**
**AND DEBTOR'S COMPLIANCE WITH COURT'S ORDER**
**TO FILE THE DOMESTIC SUPPORT CERTIFICATION**
**INCLUDING STATEMENT REGARDING 11 U.S.C § 522 (q)**

   Jon M. Waage, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments to the Chapter 13 Trustee under their Chapter 13 Plan; the Court's docket reflects the Debtor(s) filed a Domestic Support Certification, including a statement regarding 11 U.S.C. § 522 (q) as required by the Court's Order Confirming Plan; and therefore, it would appear that the Debtor(s) may be entitled to their Discharge if all other requirements have been met.

   Dated January 30, 2024.

                                             /s/ Jon M. Waage
                                             Jon M. Waage
                                             Chapter 13 Standing Trustee
                                             P.O. Box 25001
                                             Bradenton, FL  34206-5001
                                             Phone (941) 747-4644
                                             Fax (941) 750-9266

Copies furnished electronically or by U.S. Mail to:

Travis Jefferson Garrett
7524 Judith Crescent
Port Richey, FL  34668-

Jay M. Weller, Esq.
Weller Legal Group, Inc.
25400 US Hwy 19 North, Suite 150
Clearwater, FL  33763-